# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOUIS LEE HERRINGTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>　　　　Defendant. | Case No. CIV-13-284-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 12, 2014, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 30th day of September, 2014.

**Dated this 30th day of September, 2014.**

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma